IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Stott, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-109 |
| | § | |
| TA Operating LLC, | § | |
|     Defendant. | § | |
| | § | |

## ORDER

On February 9, 2015, it was announced that this action has settlement. All pending deadlines are terminated. It is hereby **ORDERED** that closing papers be submitted no later than March 11, 2015, or the Court will dismiss this action.

**SIGNED** at Houston, Texas, this 10th day of February, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE